NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

12-535 consolidated with 12-442

ST. LANDRY PARISH SCHOOL BOARD

VERSUS

JIM DOUCET D/B/A JIM'S SAFE AND LOCK

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 11-C-5263-A
HONORABLE JAMES PAUL DOHERTY  JR., DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Adam Gerard Caswell
Attorney at Law
P. O. Box 607
Eunice, LA 70535
(337) 457-7378
COUNSEL FOR PLAINTIFF-APPELLEE:
       St. Landry Parish School Board

Jim Doucet
In Proper Person
328 Daisy Lane
Opelousas, LA 70570
(337) 351-4817

**PICKETT, Judge.**

For the reasons assigned in *St. Landry Parish School Board v. Doucet*, an unpublished opinion bearing docket number 12-442 (La.App. 3 Cir. __/__/__), the judgment of the trial court is affirmed.

**AFFIRMED.**